FID# 10088752

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**FILED**

**JUL 1 1 2017**

Clerk, U.S. District and
Bankruptcy Courts

United States of America
v.
STEVE JAMAL SMITH

_____
Defendant

)
)
)
)
)
)

Case: 1:17-cr-00116
Assigned To : Moss, Randolph D.
Assign. Date : 6/15/2017
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     STEVE JAMAL SMITH                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 371 (Conspiracy to Commit Bank Robbery) and 18 U.S.C. § 2113(a) (Bank Robbery)

2017 JUN 16 PM 1:00

Date:   06/15/2017                                   _____
                                                                    *Issuing officer's signature*

City and state:     WASHINGTON, D.C.                      ROBIN M. MERIWEATHER, Magistrate Judge
                                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/16/2017 , and the person was arrested on *(date)* 7/11/2017 at *(city and state)* Washington, DC . |
| Date: 7/11/2017 |
|    *Arresting officer's signature* |
|    Louie McKinney, Jr. / DUSM  *Printed name and title* |