# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. __17-116-01 (RDM)____
)
STEVE JAMAL SMITH_____ )

## NOTICE OF APPEAL

Name and address of appellant:

Steve Jamal Smith
D.C. Jail
1901 D  Street S.E., Washington, D.C. 20003

Name and address of appellant's attorney:

Edward C. Sussman
Suite 900 South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004

Offense:   Conspiracy to commit bank robbery in violation of 18 USC 371.

Concise statement of judgment or order, giving date, and any sentence:

Sentence of 42 months imposed on February 2, 2018.

Name and institution where now confined, if not on bail:   DC Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| DATE | APPELLANT |
|------|-----------|
|      | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE    ☐
CJA, NO FEE    ✓
PAID USDC FEE    ☐
PAID USCA FEE    ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✓ | ☐ |
| Has counsel ordered transcripts? | ☐ | ✓ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ✓ |